IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CV 10-656 JAP/CG

1985 CHEVROLET CORVETTE et al,

    Defendants.

## ORDER EXTENDING STAY

**THIS MATTER** is before the Court on the parties' *Second Joint Status Report*. (Doc. 32). The parties request that the Court stay the proceedings in this case for another sixty days. (*Id.*) In support of their request, they state that the underlying criminal investigation of the Defendants is ongoing and that commencement of civil discovery will likely impede the government's ability to pursue this investigation. (*Id.*).

**IT IS THEREFORE ORDERED** that this case shall be stayed for sixty days until September 26, 2011. The parties shall file another joint status report on September 26 to advise the Court of the posture of the case.

                                                  _____
                                                  THE HONORABLE CARMEN E. GARZA
                                                  UNITED STATES MAGISTRATE JUDGE